**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2217**

_____

RONALD SATISH EMRIT, a/k/a Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897, Presidential Candidate Number P60005535,

        Plaintiff - Appellant,

     v.

WES MOORE, Governor (D-Maryland); AISHA BRAVEBOY, Prince George's County Executive; JAMIE RASKIN, Congressman (D-Maryland); ANGELA ALSOBROOKS, Senator (D-Maryland); CHRIS VAN HOLLEN, Senator (D-Maryland); ANTHONY BROWN, Maryland Attorney General,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, District Judge.  (5:25-cv-00401-D-KS)

_____

Submitted:  January 22, 2026                    Decided:  January 28, 2026

_____

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald Satish Emrit, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing his civil complaint without prejudice for failure to comply with a court order by failing to correct deficiencies in the filing requirements of his case. We have reviewed the record and discern no abuse of discretion by the district court. *See* Fed. R. Civ. P. 41(b); *Attkisson v. Holder*, 925 F.3d 606, 625-27 (4th Cir. 2019). Accordingly, we affirm the district court's judgment. *Emrit v. Moore*, No. 5:25-cv-00401-D-KS (E.D.N.C. Oct. 2, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*